EDWARD J. BYRNE et al., Appellants, *v.* HARRY HASHER, Defendant, and JOHN LOEB, Respondent.

Submitted June 4, 1937; decided July 13, 1937.

*Michael A. Hayes* and *John P. Wourms* for appellants.

*Irving I. Goldsmith, Monroe Collenburg, Frank Rashap* and *Joseph L. Roesch* for respondent.

Judgment affirmed, with costs. (See *Good Health Dairy Products Corp.* v. *Emery,* 275 N. Y. 14.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.